TRENTON AND MERCER COUNTY TRACTION CORPORATION, APPELLANT, v. CITY OF TRENTON, RESPONDENT.

Argued July 3, 1922—Decided November 20, 1922.

The status of a prosecutor to initiate and conduct a proceeding by *certiorari* not considered on appeal, where not raised or argued in the court below or the appellate court..

---

On appeal from the Supreme Court on *certiorari*, whose opinion is reported in 97 *N. J. L.* 84.

For the appellant, *Katzenbach & Hunt.*

For the respondent, *Israel Weissberg* and *Geraghty & Weelans.*

PER CURIAM.

A question presents itself upon this record as to the status of the prosecutor to initiate and conduct this proceeding, but the question was not raised or argued in the Supreme Court or here, and, therefore, we express no opinion upon it. See *Levy* v. *Elizabeth,* 81 *N. J. L.* 643, and cases cited.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, KALISCH, BLACK, KATZENBACH, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   9.

*For reversal*—None.